═══════════════════════════════════════════════════════════

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

═══════════════════════════════════════════════════════════

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| | : | |
| v. | : | Mag. No. 26-6034 (JTQ) |
| | : | |
| ENOC PIMENTEL | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Robert Frazer, United States Attorney for the District of New Jersey (Jonathan S. Garelick, Assistant U.S. Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the Defendant, Enoc Pimentel, in the above-entitled matter; and the Defendant (by Mark Davis, Esq., appearing) having consented to detention; and for good cause shown:

IT IS, therefore, on this 10th day of June, 2026,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the Defendant, Enoc Pimentel, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the Defendant's right to seek pretrial release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be confined in a corrections facility separate, to the extent practicable,

- 1 -

from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States marshal for the purpose of appearances in connection with court proceedings.

_____
HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE